**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CRUZ ALEJANDRO GARCIA-VARGAS,**<br><br>***Petitioner*****,**<br>**v.**<br><br>**WARDEN OF EL PASO CAMP EAST MONTANA;**<br>**MARY DE ANDA-YBARRA,**<br>*Field Office Director for El Paso Immigration and Customs Enforcement*;<br>**DAVID VENTURELLA,**<br>*Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement (in his official capacity)*;<br>**MARKWAYNE MULLIN,**<br>*Secretary of the U.S. Department of Homeland Security*; **and**<br>**TODD BLANCHE,**<br>*Attorney General of the United States*,<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01157-DCG** |

**ORDER**

Respondents claim that Petitioner Cruz Alejandro Garcia-Vergas has voluntarily departed the United States, and that this case is therefore moot.[1]

The Court therefore **ORDERS** Petitioner's counsel to **INFORM** the Court by **November 30, 2026** whether he agrees that this case is moot—and, if not, why.

If Petitioner's counsel agrees that this case is moot—or if he fails to respond to this Order by the deadline above—the Court will dismiss the case without prejudice. Otherwise, the Court will take further appropriate action accordingly.

---

[1] Resp. Order, ECF No. 7, at 1.

At least for the time being, this case shall **REMAIN OPEN**.

**So ORDERED and SIGNED this 13th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**